**Order filed November 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00446-CV
_____

**ERNESTINE SOPHIE JIMENEZ, Appellant**

**V.**

**ROSEMARIE Z. LEWIS, Appellees**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause Nos. 1044770 & 1044770-002**

## O R D E R

The notice of appeal in this case was filed August 5, 2021. The clerk responsible for preparing the record notified this court that appellant had not made payment for the clerk's record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On September 7, 2021, this court notified appellant that the appeal was subject to dismissal unless she filed a response with proof of payment for the clerk's record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that she has made arrangements to pay for the clerk's record on or before November 17, 2021. *See* Tex. R. App. P. 35.3(c).  If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.